UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTI MACALUSO, | ) | CASE NO. 2:19-CV-3616 |
| | ) | |
| *On behalf of herself and all others* | ) | CHIEF JUDGE |
| *similarly situated,* | ) | ALGENON L. MARBLEY |
| | ) | |
| Plaintiff, | ) | CHIEF MAGISTRATE JUDGE |
| | ) | ELIZABETH P. DEAVERS |
| *v.* | ) | |
| | ) | **JOINT NOTICE OF SUPPLEMENTAL** |
| ZIRTUAL STARTUPS, LLC, | ) | **FILING – EXECUTED SETTLEMENT** |
| | ) | **AGREEMENT** |
| Defendant. | ) | |

The Parties respectfully and jointly provide notice of the filing of the fully executed *Joint Stipulation of Settlement and Release* – Exhibit 1 to the Parties' Joint Motion for Approval of Settlement. (ECF ##38, 38-3.)

Respectfully Submitted,

<table>
<tr>
<td>

*s/ Kevin M. McDermott II*
Joseph F. Scott (0029780)
Ryan A. Winters (0086917)
Kevin M. McDermott II (0090455)
SCOTT & WINTERS LAW FIRM, LLC
The Caxton Building
812 Huron Rd. E., Suite 490
Cleveland, OH 44115
P: (216) 912-2221   F: (216) 350-6313
jscott@ohiowagelawyers.com
rwinters@ohiowagelawyers.com
kmcdermott@ohiowagelawyers.com

*Counsel for Plaintiffs*

</td>
<td>

*s/ Loriann E. Fuhrer    (via email consent)*
Loriann E. Fuhrer (0068037)
KEGLER BROWN HILL + RITTER CO., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
Phone: 615-462-5474
Fax: 614-462-2634
lfuhrer@keglerbrown.com

*Attorney for Defendant Zirtual Startups, LLC*

</td>
</tr>
</table>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt.

*s/ Kevin M. McDermott II*
Kevin M. McDermott II (0090455)